IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MEAGAN N. GARRISON,

     Appellant,

v.

EAST PERIMETER POINTE APTS.
2210 Sullivan Road
College Park, GA 30337, and
MICHAEL SCALJON,

     Appellees.

CIVIL ACTION FILE

NO. 1:17-CV-771-MHC

## ORDER

On March 1, 2017, Appellant Meagan N. Garrison filed a Notice of Appeal from an order entered by the United States Bankruptcy Court for the Northern District of Georgia. After reviewing the bankruptcy record, the Court notes that Appellant has neither paid a filing fee for the appeal, nor submitted an application to proceed *in forma pauperis* accompanied by an affidavit showing that she is unable to pay the fees. When a debtor appeals an order of the bankruptcy court to the district court pursuant to 28 U.S.C. § 158(a), she must pay a filing fee. See In re Owens, 458 F. App'x 836, 838 (11th Cir. 2012). "As an alternative to paying the filing fee, the debtor may file an affidavit establishing that she is unable to

pay." Id. (citing 28 U.S.C. § 1915(a)).  The failure to pay the required fee or file

an application to proceed *in forma pauperis* is grounds for dismissal of the appeal.

Id.

Accordingly, Appellant is hereby **ORDERED** to pay the required appeal

filing fee of $298.00 to the Bankruptcy Court or alternatively submit an application

to proceed *in forma pauperis*.  If Appellant fails to comply with this order within

thirty (30) days, this appeal will be dismissed pursuant to Local Rule 41.3A(2) for

failure to obey a lawful order of the Court.

**IT IS SO ORDERED** this 31st day of May, 2017.

MARK H. COHEN
United States District Judge

2